UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Padilla Martinez,<br><br>           Plaintiff,<br><br>     v.<br><br>Alta Material Handling et al,<br><br>           Defendants. | 25-CV-8159 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff's response to Removing Defendant's response to the Court's order to show cause was to be filed on or before October 21, 2025. The Court *sua sponte* EXTENDS the deadline for Plaintiff's response to October 28, 2025. If Plaintiff does not contest the citizenship of Alta Material Handling, Plaintiff is ORDERED to inform the Court in a filing on or before October 28, 2025. Plaintiff is advised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated:  October 24, 2025
        New York, New York

*[signature]*
_____
DALE E. HO
United States District Judge