UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Padilla Martinez,<br><br>      Plaintiff,<br><br>   v.<br><br>Alta Material Handling et al,<br><br>      Defendants. | 25-CV-8159 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Plaintiff's response to Removing Defendant's response to the Court's order to show cause was to be filed on or before October 21, 2025. The Court *sua sponte* extended the deadline for Plaintiff's response to October 28, 2025. Plaintiff not having appeared, the Court *sua sponte* EXTENDS Plaintiff's deadline to November 10, 2025. If Plaintiff does not contest the citizenship of Alta Material Handling, Plaintiff is ORDERED to inform the Court in a filing on or before November 10, 2025. Plaintiff is advised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute. No further extensions will be granted.

  Defendants are ORDERED to serve a copy of this order and the notice of removal on Plaintiff. Defendants are further ORDERED to file proof of service on the docket no later than November 6, 2025.

SO ORDERED.

Dated: November 3, 2025
   New York, New York

                    _____
                    DALE E. HO
                    United States District Judge