**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Merlin Padilla Martinez,**

**Plaintiff,**

**-against-**

**Alta Material Handling, et al.,**

**Defendants.**

**1:25-cv-08159 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that Plaintiff shall serve the newly added defendants with the Amended Complaint no later than November 16, 2026 and file proof of service to the ECF docket. In the interim, the deadline for Defendants to respond to the Amened Complaint is adjourned *sine die*.

**SO ORDERED.**

Dated: New York, New York
October 15, 2026

STEWART D. AARON
United States Magistrate Judge